IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GREGORY BOOHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No:  3:16-cv-918 |
| | ) | |
| ROADTEX LTL, INC., | ) | **TRIAL BY JURY DEMANDED** |
| | ) | |
| **Serve via Registered Agent**: | ) | |
| Aziz Mamaev | ) | |
| 9445 Haver Way | ) | |
| Indianapolis IN 46240 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ERIC A. STENZEL, | ) | |
| | ) | |
| **Serve via Illinois Secretary of State**: | ) | |
| Illinois Secretary of State, | ) | |
| 213 State Capitol, | ) | |
| Springfield, IL 62756 | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

COMES NOW Plaintiff, Gregory Booher, by and through his attorneys, Brown & Crouppen, P.C., and states as follows for his Complaint against Roadtex LTL, Inc., and Eric A. Stenzel:

### Preliminary Statement

1. This action seeks compensatory damages for acute injuries suffered by plaintiff Gregory Booher on February 13, 2015 while operating a motor vehicle on US Route 51 at or near the intersection of US Route 50 in Marion County, Illinois.  Plaintiff suffered severe injuries when his vehicle, traveling southbound on US Route 51, struck a commercial vehicle traveling eastbound on US Route 50 that had disobeyed a stop sign and came into his lane of travel.  The

commercial vehicle was being operated by Eric Anthony Stenzel, an agent, servant or employee of defendant Roadtex LTL, Inc.

### Jurisdiction

2. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Plaintiff is a citizen of the State of Illinois; Defendant Roadtex LTL, Inc., is a foreign corporation incorporated in the State of Indiana with its principal place of business in Indiana; Defendant Eric A. Stenzel is a citizen of the State of California; and the amount in controversy exceeds $75,000.00.

### Venue

3. Venue of this action properly lies in the United States District Court for the Southern District of Illinois, pursuant to 28 U.S.C. § 1391(c).

### Parties

4. Plaintiff, Gregory Booher, is domiciled in the State of Illinois, City of Salem, and is a citizen of the State of Illinois and was so at all times pertinent to the matters alleged in this Complaint.

5. Defendant, Roadtex LTL, Inc., (hereinafter Roadtex) is a foreign corporation incorporated in Indiana. It is a federally licensed motor carrier with the U.S. Department of Transportation, No. 2369110 and has its principal place of business in Indiana.

6. Defendant Eric A. Stenzel, (hereinafter Stenzel) is a citizen and resident of the State of California and/or State of Missouri. At all times alleged in this Complaint defendant Stenzel was acting as an agent and servant of defendant Roadtex LTL, Inc.

### COUNT I – NEGLIGENCE

Plaintiff Gregory Booher, by and through his attorneys, Brown and Crouppen, P.C., states as follows for Count I of his Complaint against defendant Roadtex LTL, Inc.,:

7. Plaintiff realleges paragraphs 1 – 6 of this Complaint.

8. On February 13, 2015, the plaintiff was operating a motor vehicle on US Route 51 at or near the intersection of US Route 50 in Marion County, Illinois.

9. At that time Defendant Eric A. Stenzel ("Stenzel"), an agent and servant of Defendant Roadtex LTL, Inc., was operating a commercial vehicle traveling eastbound on US Route 50 and had disobeyed a stop sign and came into Plaintiff's lane of travel.

10. Defendant Stenzel's commercial vehicle drove onto the roadway in front of the Plaintiff's vehicle causing a collision between the two vehicles. This collision was the direct result of the negligence of Defendant Roadtex, acting through its agents or servants individually or in combination, in one or more of the following respects:

   a) Defendant Roadtex, by and through its agent, servant and/or employee was inattentive to the roadway;

   b) Defendant Roadtex, by and through its agent, servant and/or employee carelessly and neglectfully failed to yield the right-of-way;

   c) Defendant Roadtex, by and through its agent, servant and/or employee carelessly and negligently failed to sound a warning of his approach, to slacken speed, swerve or stop before colliding with plaintiff's automobile;

   d) Defendant Roadtex, by and through its agent, servant and/or employee failed to control the commercial vehicle;

   e) Defendant Roadtex, by and through its agent, servant and/or employee carelessly and negligently operated his commercial vehicle at an excessive rate of speed under the circumstances then and there existing.

11. As a direct result of the negligence of Defendant Roadtex in one or more of these respects, the Plaintiff suffered severe physical injuries and damages to his left shoulder, neck, chest, back, and left arm, which said injuries have required surgery and extensive medical treatment; he has suffered great pain of the mind and body and will continue to suffer great pain of mind and body permanently; he has sought and received medical care and attention and will

continue to receive medical care and attention; he has lost wages and benefits and will continue to lose wages and benefits permanently; he has incurred medical expenses and will continue to incur medical expenses; he has suffered significant disability and will continue to suffer significant disability permanently; all to his damage.

WHEREFORE, Gregory A. Booher requests that a judgment be entered against Defendant Roadtex LTL, Inc. on Count I of this Complaint in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus costs.

### COUNT II – NEGLIGENCE

Plaintiff Gregory A. Booher, by and through his attorneys, Brown and Crouppen, P.C., states as follows for Count II of his Complaint against Defendant Eric A. Stenzel:

12. Plaintiff realleges paragraphs 1 – 11 of this Complaint.

13. Defendant Stenzel's commercial vehicle drove into the roadway in front of the Plaintiff's vehicle causing a collision between the two vehicles. This collision was the direct result of the negligence of Defendant Stenzel in one or more of the following respects:

   a) Defendant Stenzel was inattentive to the roadway;

   b) Defendant Stenzel carelessly and neglectfully failed to yield the right-of-way;

   c) Defendant Stenzel carelessly and negligently failed to sound a warning of his approach, to slacken speed, swerve or stop before colliding with plaintiff's automobile;

   d) Defendant Stenzel failed to control the commercial vehicle;

   e) Defendant Stenzel carelessly and negligently operated his commercial vehicle at an excessive rate of speed under the circumstances then and there existing; and/or,

   f) Defendant Stenzel failed to keep a careful lookout ahead.

14. As a direct result of the negligence of Defendant Stenzel in one or more of these

respects, the Plaintiff suffered severe physical injuries and damages to his left shoulder, neck, chest, back, and left arm, which said injuries have required surgery and extensive medical treatment; he has suffered great pain of the mind and body and will continue to suffer great pain of mind and body permanently; he has sought and received medical care and attention and will continue to receive medical care and attention; he has lost wages and benefits and will continue to lose wages and benefits permanently; he has incurred medical expenses and will continue to incur medical expenses; he has suffered significant disability and will continue to suffer significant disability permanently; all to his damage.

WHEREFORE, Gregory A. Booher requests that a judgment be entered against Defendant Eric A. Stenzel on Count II of this Complaint in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus costs.


**BROWN & CROUPPEN, P.C.**


By: /s/ Joseph R. Hillebrand
Joseph R. Hillebrand #06211755
Attorneys for Plaintiff
211 N. Broadway, Ste. 1600
St. Louis, MO 63102
(314) 421-0216
(314) 421-0359 (Fax)
joeh@getbc.com
pipleadings@getbc.com