UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**GREGORY BOOHER,**

    Plaintiff,

v.                                                        No. 16-cv-0918-DRH

**ROADTEX LTL, INC., et al.,**

    Defendants.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order filed March 27, 2018 (Doc. 59), this case is **DISMISSED with prejudice**, with each party to bear its own costs.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY: /s/Alex Francis
                                        Deputy Clerk

APPROVED:     /s/ David R. Herndon       Judge Herndon
                                                          2018.03.28
                                                           15:08:53 -05'00'

        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT